# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:15-cr-114 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| BRANDON DAIGH ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

On June 8, 2016, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation recommending: (a) that the Court accept Defendant's plea of guilty to Count One of the Indictment; (b) that the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (c) that Defendant remain in custody pending sentencing in this matter. (Doc. 65.) Neither party filed an objection within the allotted fourteen-day period. After reviewing the record, the Court agrees with the Judge Steger's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). (Doc. 65.) It is therefore

ORDERED:

1. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment; and

3. Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Friday, September 23, 2016, at 9:00 a.m.**

**ENTER:**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**